James STRONG, Plaintiff–Appellant,

v.

Jonathan E. OZMINT, Director, South Carolina Department of Corrections; Robert Ward, South Carolina Department of Corrections Official; Laurie Bessinger, South Carolina Department of Corrections Official; Bernard McKie, South Carolina Department of Corrections Official; James Sleigh, South Carolina Department of Corrections employee; Tracy Baxly, South Carolina Department of Corrections employee; Gene Noles, South Carolina Department of Corrections employee; Martin, South Carolina Department of Corrections employee; Essties, South Carolina Department of Corrections employee; Marcella McCoy, South Carolina Department of Corrections employee; Alvin Graber, South Carolina Department of Corrections employee; Robert Espisito, South Carolina Department of Corrections employee; Joel Moore, South Carolina Department of Corrections employee; Sam Latta, South Carolina Department of Corrections employee; Vaughn Jackson, South Carolina Department of Corrections employee; Tyrone Murray, South Carolina Department of Corrections employee; Sam Duckett, South Carolina Department of Corrections employee; Robinson, South Carolina Department of Corrections employee; Boulware, South Carolina Department of Corrections employee; Larry Binbow, South Carolina Department of Corrections employee; Teddy Reeves, South Carolina Department of Corrections employee; Sam Parker, South Carolina

Department of Corrections employee; James Glover, South Carolina Department of Corrections employee; Elliot Pallard, South Carolina Department of Corrections employee; Phillip Adams, South Carolina Department of Corrections employee; Peterson, South Carolina Department of Corrections employee; Alex Underwood, South Carolina Law Enforcement Division; Robert M. Stewart, South Carolina Law Enforcement Division, Defendants–Appellees.

James Strong, Plaintiff–Appellee,

v.

Sam Latta, South Carolina Department of Corrections employee; Boulware, South Carolina Department of Corrections employee; Larry Binbow, South Carolina Department of Corrections employee; Teddy Reeves, South Carolina Department of Corrections employee; Sam Parker, Jr., South Carolina Department of Corrections employee; Elliot Pallard, South Carolina Department of Corrections employee, Defendants–Appellants,

and

Jonathan E. Ozmint, Director, South Carolina Department of Corrections; Robert Ward, South Carolina Department of Corrections Official; Laurie F. Bessinger, South Carolina Department of Corrections Official; Bernard McKie, South Carolina Department of Corrections Official; James Sleigh, South Carolina Department of Corrections employee; Tracy Baxly, South Carolina Department of Corrections employee; Gene Noles, South Carolina Department of Corrections employee; Martin, South Carolina Department of Corrections employee; Essties, South Carolina Department of Corrections employee; Marcella McCoy, South Carolina Department of Corrections employee; Alvin Graber, South Carolina Department of Corrections employee; Robert M. Stewart, South Carolina State Law Enforcement Division; Robert Espisito, South Carolina Department of Corrections employee; Joel Moore, South Carolina Department of Corrections employee; Vaughn Jackson, South Carolina Department of Corrections employee; Tyrone Murray, South Carolina Department of Corrections employee; Sam Duckett, South Carolina Department of Corrections employee; Robinson, South Carolina Department of Corrections employee; James Glover, South Carolina Department of Corrections employee; Phillip Adams, South Carolina Department of Corrections employee; Peterson, South Carolina Department of Corrections employee; Alex Underwood, South Carolina Law Enforcement Division, Defendants.

Nos. 05–7634, 06–1224.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 11, 2006.

Decided: Jan. 3, 2007.

James Strong, Appellant Pro Se. Andrew Frederick Lindemann, Davidson, Morrison & Lindemann, PA, Columbia, South Carolina, for Appellees.

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Strong seeks to appeal the district court's order entered September 29, 2005, granting in part and denying in part Defendants' motion for summary judgment in this action under 42 U.S.C. § 1983 (2000). Defendants seek to appeal the district court's order granting in part and denying in part their motion for reconsideration, and its amended order granting in part and denying in part Defendants' motion for summary judgment, both entered on November 17, 2005.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Appellants seek to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we grant Defendants' motion to dismiss Strong's appeal, and dismiss Defendants' appeal, for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*